IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLEWASAMI BROWN,

                Plaintiff,

      v.

CITY OF OAKLAND, et al.

                Defendants.

NO. C03-1141 TEH

ORDER RE FURTHER BRIEFING

      At the June 6, 2005 Case Management Conference the Court ordered that defendants submit for *in camera* review all Oakland Police Department Internal Affairs Department complaint files pertaining to Officer and Defendant John Gutierrez. Defendants delivered those documents -- comprising almost 3,000 pages -- to the Court on September 13, 2005. The Court believes it would benefit from brief argument by the parties as to the legal standard to be applied in determining which, if any, documents should be disclosed. Therefore, the parties are ordered to submit simultaneous briefs, not longer than three pages in length (double-spaced), by November 21, 2005 addressing the proper legal standard and its application to the facts relevant to this discovery dispute.

**IT IS SO ORDERED.**


DATED   11/8/05                      /s/
                                     THELTON E. HENDERSON, JUDGE
                                     UNITED STATES DISTRICT COURT