ORIGINAL

1  Russell Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:    (415) 431-4526
4
   Attorneys for Plaintiff
5  OLEWASAMI BROWN

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

   OLEWASAMI BROWN ,                    ) No.    C-03-1141-THE
11                                      )
            Plaintiff,                  ) **STIPULATION REGARDING**
12                                      ) **DISMISSAL OF CERTAIN NAMED**
   v.                                   ) **DEFENDANTS, WITHOUT PREJUDICE;**
13                                      ) [Proposed] **ORDER THEREON**
   CITY OF OAKLAND; et al.,             ) **[Jury Trial Demanded]**
14                                      )
            Defendants.                 ) Trial:        June 19, 2006
15   _____)

16

17         THE PARTIES, THROUGH COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

18

19  **A.    Defendants Romano and Nardil of the California Highway Patrol.**

           Defendants Frank Romano and Joseph Nardil were employed by the California Highway
20
   Patrol on March 16, 2001.  They were asked to participate in stopping the plaintiff, Olewasami
21
   Brown, on March 16, 2001, and were given a copy of a warrant by members of the Oakland
22
   Police Department, including Defendant John Gutierrez.
23
           At all times relevant to this action, Defendants Romano and Nardil were acting in the
24
   course and scope of their employment with the California Highway Patrol and did in fact rely
25

26  STIPULATION REGARDING DISMISSAL OF CERTAIN
   NAMED DEFENDANTS, WITHOUT PREJUDICE
   *Brown. v. City of Oakland, et al. (No. C-03-1141-THE)*       - 1 -                    03-0002P030

1 | upon the representations about Olewasami Brown made to them by members of the Oakland

2 | Police Department, including Defendant John Gutierrez.

3 |      In effecting a stop of Brown on March 16, 2001, and in participating in searches of

4 | Brown and certain property on March 16, 2001, Defendants Romano and Nardil assumed the

5 | validity of, and relied upon, the warrant given to them by members of the Oakland Police

6 | Department, including Defendant John Gutierrez, and Defendants Romano and Nardil assumed

7 | the truthfulness of, and relied upon, the information given them by members of the Oakland

8 | Police Department, including Defendant John Gutierrez.

9 |      The various defendants in this action, specifically members of the Oakland Police

10 | Department and Defendant John Gutierrez, have not filed cross or counter-complaints against

11 | Defendants Romano and Nardil.

12 |      Therefore, the parties hereby agree as follows:

13 |      Defendants Romano and Nardil be dismissed without prejudice immediately.

14 |      Defendants Romano and Nardil shall appear at trial to testify as witnesses at mutually

15 | convenient times to be arranged through counsel of record in advance of the June 19, 2006, trial.

16 |      This agreement shall be deemed to be a good faith settlement pursuant to California Code

17 | of Civil Procedure section 877.6, and shall be interpreted as a good faith settlement pursuant to

18 | California Code of Civil Procedure section 877.6, and other relevant provisions of law.

19 | **B.**    **Defendant Richard Word.**

20 |      The City of Oakland has not produced any evidence which would tend to show that, as

21 | related to Plaintiff Olewasami Brown, former Chief of Police Richard Word was personally

22 | involved in the alleged "surveillance", alleged warrant attainment, alleged stop, alleged unlawful

23 | arrest, alleged excessive force, or other alleged acts/failures to act. Further, Richard Word is no

24 | longer employed by the City of Oakland.

25 |

26 |

STIPULATION REGARDING DISMISSAL OF CERTAIN
NAMED DEFENDANTS, WITHOUT PREJUDICE
*Brown. v. City of Oakland, et al. (No. C-03-1141-THE)*          - 2 -                    03-0002P030

1      Therefore, the parties hereto stipulate that said defendant be hereby dismissed without

2 prejudice.

3 **C.    Request.**

4      The parties therefore request that Defendants Romano, Nardil, and Word hereby be

5 dismissed, under the terms above, each side to bear its own costs and fees.

6

7 Date: *13 Feb 2006*

                      Law Office of Russell A. Robinson

8                       Attorneys for Plaintiff
OLEWASAMI BROWN

9

10

11 Date: _____

                      Heidi T. Salerno

12                       Office of the Attorney General
State of California

13                       Attorneys for Defendants
FRANK ROMANO and JOSEPH NARDIL

14

15

16 Date: _____

                      Gregory M. Fox

17                       Bertrand, Fox & Elliot
Attorneys for Defendants

18                       CITY OF OAKLAND, RICHARD WORD, et al.

19                             **ORDER**

20      Based on the above, and good cause appearing,

21      The Court hereby orders as follows:

22      Defendants Frank Romano, Joseph Nardil, and Richard Word are hereby dismissed

23 without prejudice, each side to bear its own costs and fees.

24

25

26 STIPULATION REGARDING DISMISSAL OF CERTAIN
NAMED DEFENDANTS, WITHOUT PREJUDICE
*Brown. v. City of Oakland, et al. (No. C-03-1141-THE)*    - 3 -            03-0002P030

1    Therefore, the parties hereto stipulate that said defendant be hereby dismissed without

2  prejudice.

3  **C.    Request.**

4    The parties therefore request that Defendants Romano, Nardil, and Word hereby be

5  dismissed, under the terms above, each side to bear its own costs and fees.

6

7  Date: _____

8                                        Law Office of Russell A. Robinson
                                         Attorneys for Plaintiff
9                                        OLEWASAMI BROWN

10

11 Date: _____

12                                       Heidi T. Salerno
                                         Office of the Attorney General
13                                       State of California
                                         Attorneys for Defendants
14                                       FRANK ROMANO and JOSEPH NARDIL

15

16 Date: Feb 14 2006

17                                       Gregory M. Fox
                                         Bertrand, Fox & Elliot
18                                       Attorneys for Defendants
                                         CITY OF OAKLAND, RICHARD WORD, et al.

19                              **ORDER**

20    Based on the above, and good cause appearing,

21    The Court hereby orders as follows:

22    Defendants Frank Romano, Joseph Nardil, and Richard Word are hereby dismissed

23 without prejudice, each side to bear its own costs and fees.

24

25

26 STIPULATION REGARDING DISMISSAL OF CERTAIN
   NAMED DEFENDANTS, WITHOUT PREJUDICE
   *Brown. v. City of Oakland, et al. (No. C-03-1141-THE)*        - 3 -                    03-0002P030

1   Defendants Romano and Nardil shall appear at trial to testify as witnesses at mutually

2  convenient times to be arranged through counsel of record in advance of the June 19, 2006, trial.

3  ~~This settlement and dismissal shall be deemed to be a good faith settlement pursuant to~~

4  ~~California Code of Civil Procedure section 877.6, and shall be interpreted as a good faith~~

5  ~~settlement pursuant to California Code of Civil Procedure section 877.6, and other relevant~~

6  ~~provisions of law~~.

7   **IT IS SO ORDERED.**

8

9  Date:   03/01/06   _

10                                                              THELTON E. HENDERSON
                                                        District Court, N.Dist. of California

11

12                    Judge Thelton E. Henderson

13

14

15

16

17

18

19

20

21

22

23

24

25

26  STIPULATION REGARDING DISMISSAL OF CERTAIN
   NAMED DEFENDANTS, WITHOUT PREJUDICE
   *Brown. v. City of Oakland, et al. (No. C-03-1141-THE)*            - 4 -                    03-0002P030