Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990

John A. Russo, City Attorney – State Bar No. 129729
Randolph W. Hall, Assistant City Attorney – State Bar No. 080142
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:    (510) 238-3701
Facsimile:     (510) 238-6500

Kenneth Simoncini Esq.
SIMMONCINI & ASSOCIATES

Attorneys for CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEWASAMI BROWN,<br><br>            Plaintiff,<br>    vs.<br><br>CITY OF OAKLAND, OFFICERS JOHN L. GUTIERREZ, et al.,<br><br>            Defendants. | **FILE: No.  C-03-1141 TEH**<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING EXPERT DISCLOSURES AND BRIEFING SCHEDULE AND HEARING DATE FOR DISPOSITIVE MOTION**<br><br>Honorable Thelton E. Henderson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties, acting by and through their respective legal counsel, stipulate to the following with regards to scheduling of any party's dispositive Motion For Summary Judgment and

1

STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURES AND BRIEFING SCHEDULE AND HEARING DATE
FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  respectfully request that the Court amend its pre-trial order regarding the filing date of dispositive
2  motions and hearing date:
3       Good Cause exists for this Stipulation and Request for Order based on the Court's February
4  28, 2006 Order designating for disclosure certain OPD Internal Affairs Documents to be redacted by
5  the Court and released to the parties subject to a stipulated protective order.  The terms of the
6  protective order have been agreed upon by the parties and submitted to the Court on March 9, 2006.
7  The parties assume that the Court will produce the subject documents the week of March 13, 2006.
8       The Court's Pre-Trial Order required Plaintiff to disclose experts on March 23, 2006, and
9  Defendants to disclose 15 days later; and, required dispositive motions to be filed by March 13, 2006
10 with a hearing date of April 17, 2006.  Given the Court's Order Re: disclosure of certain IAD
11 documents and in order to provide adequate time for the parties to incorporate this discovery into
12 their dispositive motion papers, it is hereby stipulated as follows:
13      1.    The parties have until March 23, 2006 to file their Motions for Summary Judgment,
14 moved from the current due date of March 13, 2006.  Opposition papers to be filed on or before April
15 10, 2006.  Reply briefs to be filed on or before April 17, 2006.
16      2.    The parties stipulate that these motions be heard May 1, 2006, moved from the current
17 hearing date of April 17, 2006.
18      3.    Plaintiff shall disclose expert witnesses April 3, 2006, and Defendants shall disclose
19 experts April 18, 2006.
20
21 IT IS SO STIPULATED.

22 Dated: March ____ , 2006

/s/
_____
RUSSELL A. ROBINSON
Attorney for Plaintiff Olewasami Brown

25 Dated: March ____ , 2006

/s/
_____
GREGORY M. FOX
Attorney for Defendants City of Oakland et al.

2

STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURES AND BRIEFING SCHEDULE AND HEARING DATE
FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 03/15/06

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Thelton E. Henderson*

ATTTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/
_____
GREGORY M. FOX

3

STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURES AND BRIEFING SCHEDULE AND HEARING DATE
FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT