United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEWASAMI BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | NO. C03-1141 TEH<br><br><u>SUPPLEMENTAL ORDER RE:</u><br><u>DISCLOSURE OF DOCUMENTS</u><br><u>RELATING TO OFFICER AND</u><br><u>DEFENDANT JOHN L.</u><br><u>GUTIERREZ</u> |

  Pursuant to this Court's Order dated February 28, 2006, the parties submitted a stipulation and proposed protective order, which the Court approved on March 15, 2006. Accordingly, as set forth in the February 28, 2006 Order, the Court ORDERS the disclosure of the following redacted documents to Plaintiff subject to the protective order: Bates Stamped as OAK 2851-2852; OAK 2862-2877; OAK 2880-2893; OAK 2923-2939. Defendants are to receive a set of the redacted documents as well. The Court will also file a set of the redacted documents (as well as the unredacted documents) under seal.

  Defendants are reminded that they shall make appropriate arrangements with the Court's deputy clerk for return of the lodged documents.

**IT IS SO ORDERED.**

Dated: 03/15/06

                 _/s/ Thelton E. Henderson_
                 THELTON E. HENDERSON, JUDGE
                 UNITED STATES DISTRICT COURT