1  Russell Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:   (415) 255-0462
   Facsimile:   (415) 431-4526
4
   Attorneys for Plaintiff
5  OLEWASAMI BROWN

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 OLEWASAMI BROWN,                    ) No.   C-03-1141-TEH
                                       )
         Plaintiff,                    ) **PLAINTIFF'S NOTICE OF MOTION**
12                                     ) **AND MOTION FOR DISMISSAL,**
   v.                                  ) **WITHOUT PREJUDICE, OF NAMED**
13                                     ) **DEFENDANTS CITY OF OAKLAND,**
   OFFICERS JOHN L. GUTIERREZ, R.      ) **OFFICERS BERGERON, J. FARRELL,**
14 WINDGATE, T. F. ABEROUETTE, E.      ) **M. RODRIGUEZ, R. LEE, D.**
   RICHOLT, and, DOES 1-100,           ) **UNDERWOOD, AND H. KIDD, AND**
15                                     ) **SGT. B. BROCK; ORDER**
         Defendants.                   ) **[Jury Trial Demanded]**
16 _____ ) Trial Date:       June 6, 2006

17

18                              **NOTICE**

19       PLAINTIFF hereby gives notice, pursuant to Federal Rules of Civil Procedure, Rule

20 41(a)(1), that he is moving to dismiss and dismissing without prejudice named DEFENDANTS

21 CITY OF OAKLAND, OFFICERS BERGERON, J. FARRELL, M. RODRIGUEZ, R. LEE, D.

22 UNDERWOOD, AND H. KIDD, AND SGT. B. BROCK.

23

24

25 _____
   PLAINTIFF'S NOTICE OF MOTION AND MOTION
   FOR DISMISSAL, WITHOUT PREJUDICE, OF NAMED
26 DEFENDANTS CITY OF OAKLAND, OFFICERS BERGERON,
   J. FARRELL, M. RODRIGUEZ, R. LEE, D. UNDERWOOD,
   AND H. KIDD, AND SGT. B. BROCK; ORDER
   *Brown. v. City of Oakland, et al. (No. C-03-1141-TEH)*     - 1 -                      03-0002P035.REQDISM

1    By agreement with the defense, the dismissed defendants shall be subject to being called

2 a trial of this matter upon reasonable notice to defense counsel.

4  Date: _____         _____/S/_____
                              Law Office of Russell A. Robinson
5                             Attorneys for Plaintiff
                              OLEWASAMI BROWN

**ORDER**

Based on the above, and good cause appearing,

The Court hereby orders as follows:

Defendants CITY OF OAKLAND, OFFICERS BERGERON, J. FARRELL, M. RODRIGUEZ, R. LEE, D. UNDERWOOD, AND H. KIDD, AND SGT. B. BROCK are hereby dismissed without prejudice, each side to bear its own costs and fees.

The individual defendants shall appear at trial to testify as witnesses at mutually convenient times to be arranged through counsel of record in advance of the ~~June 6, 2006, trial.~~ trial, the date of which is yet to be determined.

**IT IS SO ORDERED.**

Date: 4/25/06           _____
                         HONORABLE THELTON E. HENDERSON
                         United States District Court, N.Dist. of California

---

PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR DISMISSAL, WITHOUT PREJUDICE, OF NAMED
DEFENDANTS CITY OF OAKLAND, OFFICERS BERGERON,
J. FARRELL, M. RODRIGUEZ, R. LEE, D. UNDERWOOD,
AND H. KIDD, AND SGT. B. BROCK; ORDER
*Brown. v. City of Oakland, et al. (No. C-03-1141-TEH)*           - 2 -           03-0002P035.REQDISM