United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEWASAMI BROWN,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>           Defendants. | NO. C03-1141 TEH<br><br>SCHEDULING ORDER |

      This matter comes before the Court on plaintiff's motion to extend the time in which his opposition to defendants' motion for summary judgment may be filed. Having reviewed the declaration of plaintiff's counsel, the Court finds good cause to grant the motion.

      Therefore, with GOOD CAUSE appearing, plaintiff's opposition brief and supporting papers shall be considered timely if filed on or before April 26, 2006. Defendants' reply papers shall be filed on or before May 10, 2006. The hearing on this matter shall be held at 10:00 a.m. on June 12, 2006.

Due to the delay in the summary judgment motion, the current trial date of June 6, 2006, and the pre-trial conference scheduled for May 30, 2006, shall be VACATED. The Court shall hold a trial setting conference with counsel following the June 12th hearing, with the expectation that trial shall be held in September 2006.

**IT IS SO ORDERED.**

Dated: April 24, 2006

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT