Russell Robinson, State Bar No. 163937
LAW OFFICES OF RUSSELL ROBINSON
345 Grove Street, Level One
San Francisco, CA 94102
Telephone:     (415) 255-0462
Facsimile:      (415) 255-0464
Attorney for Plaintiff Olewasami Brown

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, CA 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

John A. Russo, City Attorney – State Bar No. 129729
Randolph W. Hall, Assistant City Attorney – State Bar No. 080142
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:     (510) 238-3701
Facsimile:      (510) 238-6500

Kenneth D. Simoncini, State Bar No. 145586
SIMONCINI & ASSOCIATES
1694 The Alameda
San Jose, CA 95126-2219
Telephone: (408) 280-7711
Facsimile:  (408) 280-1330

Attorneys for Defendants JOHN GUTIERREZ et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEWASAMI BROWN,<br><br>     Plaintiff,<br>vs.<br><br>CITY OF OAKLAND, et al.<br><br>     Defendants.<br><br>_____<br> | **FILE: No.  C-03-1141 TEH**<br><br>**STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE AND JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>**[Jury Trial Demanded]**<br><br>Date:           July 17, 2006<br>[proposed new date ] Monday August 7 2006<br><br>Time:           1:30 p.m.<br>Courtroom:    12, 19th Floor |

The Court in its Order Granting In Part and Denying in Part Defendants' Motion for Summary Judgment scheduled this case for a status conference and trial setting on Monday July 17, 2006. The parties, acting by and through their attorneys, stipulate and respectfully request that the status conference be continued to Monday August 7, 2006. Good cause exists for this continuance in that defense counsel Gregory Fox will be out of the country with his family between Friday July 7 through July 21 and plaintiff's counsel Russell Robinson will be unavailable the last two weeks of July.

The parties have met and conferred and agree that Monday November 7, 2006 would be a mutually convenient trial date if that date is convenient for the Court. The parties estimate the trial length to be 2-3 days.

With regards to remaining discovery the parties agree that plaintiff may take the deposition of defendants police practices expert Don Cameron at a mutually convenient date and time before trial.

Plaintiff has requested a further settlement conference and defendants will discuss said request and be prepared to address that issue at the status conference.

DATED: July 6, 2006

Respectfully submitted:
LAW OFFICES OF RUSSELL A. ROBINSON

By: _____/s/_____
RUSSELL A. ROBINSON
Attorneys for Plaintiff
OLEWASAMI BROWN

DATED: July 6, 2006

BERTRAND, FOX & ELLIOT

By: _____/s/_____
GREGORY M. FOX
Attorney for Defendants

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | GOOD CAUSE APPEARING, the Stipulation is SO ORDERED.  The case management |

GOOD CAUSE APPEARING, the Stipulation is SO ORDERED.  The case management conference shall be continued until Monday, August 7, 2006, at 1:30 PM.  At that time, the parties shall be prepared to set trial dates and discuss whether a further settlement conference would be productive.  The parties shall meet and confer and file a joint case management conference statement on or before Monday, July 31, 2006.

Dated:   07/07/06

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

ATTTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: July 6, 2006                                      /s/
_____
GREGORY M. FOX