IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLEWASAMI BROWN | ) ) ) | |
| Plaintiffs, | ) ) | NO. C- 03-114 1 TEH |
| v. | ) ) | |
| JOHN L. GUTIERREZ, R. WINGATE, T.E. RICHOLT | ) ) ) ) | TRIAL TIME LIMITS |
| Defendants. | ) ) | |

Having taken into account the positions of counsel and the record in this case, and good cause appearing, it is HEREBY ORDERED that:

1. Plaintiff shall have <u>2 court days</u> to present his case. This time includes jury selection time, opening statement and all time spent on direct examination, cross-examination, rebuttal and closing argument.

2. Defendants shall have <u>1 court day</u> to present their case. This time includes opening statement and all time spent on direct examination, cross-examination, rebuttal and closing argument.

3. Any significant gap in time occasioned by the failure of a party to have a witness available to testify will be subtracted from the time allotted to that party.

The Court is persuaded that if cumulative testimony is avoided, and if counsel are prepared to proceed in an organized and efficient manner, then these time limits will be more

1

than adequate to fairly try this case.  The Court will only entertain requests to extend these time limits if there is good cause shown and counsel have not wasted the time allotted to them.

**IT IS SO ORDERED.**

Dated: October 23, 2006  _____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT