Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California  94109
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendants JOHN GUTEIRREZ, RANDY WINGATE, ERIC RICHOLT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEWASAMI BROWN, <br><br>         Plaintiff, <br><br>    vs. <br><br> DEFENDANTS CITY OF OAKLAND, RICHARD WORD, JOHN L. GUTIERREZ, R. WINGATE, T. BERGERON, J. FARRELL, M. RODRIGUEZ, R. LEE, F. ABEROUETTE, E. RICHOLT, D. UNDERWOOD, H. KIDD and B. BROCK, individually and in his official capacity; and, DOES 1-100, <br><br>        Defendants. | FILE: No. C-03-1141 TEH <br><br> [~~PROPOSED~~] **ORDER ALLOWING DEFENDANTS' EXPERT DON CAMERON TO TRANSPORT POLICE BATON AND HANDCUFFS INTO COURTROOM FOR TRIAL** <br><br> Hon. Thelton E. Henderson <br><br> **Trial Date:  November 9, 2006** |

Judge Thelton E. Henderson grants permission for defendants' expert Don Cameron to bring police baton and handcuffs into courtroom for trial.

IT IS SO ORDERED.

Dated: November __9__ , 2006

_____
JUDGE Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ALLOWING DEFENDANTS' EXPERT CAMERON TO TRANSPORT
POLICE BATON AND HANDCUFFS INTO COURTROOM FOR TRIAL