Russell Robinson (163937)
Law Office of Russell A. Robinson, APC
345 Grove Street, Level One
San Francisco CA 94102
Telephone:     (415) 255-0462
Facsimile:     (415) 431-4526

Attorneys for Plaintiff
OLEWASAMI BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEWASAMI BROWN,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants-Appellees. | USDC No.   C-03-1141-TEH<br>USCA No.   06-17400<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff-Appellant Olewasami Brown and Defendants-Appellees City of Oakland and each of the named individual defendant employees and former employees of the Oakland Police Department including but not limited to former Chief of Police Richard Word, police officers John Gutierrez, Randall Wingate, Eric Riccholt, Felix Aberouette, Tod Bergeron, Bruce Brock, Jennifer Farrell, Hugh Kidd, Rodney Yee, Marco Rodriguez, D. Underwood, M. Mcfarlane, M. Neely, Jr., J. Pertoso (together "Defendants"), through counsel, that Plaintiff's Complaint and Appeal in the above-captioned action and all causes of action be and hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

1  Pursuant to settlement, each side is to bear its own costs and fees.

3  June 4, 2007

/s/ Russell A. Robinson
By:    Russell A. Robinson
Law Office of Russell A. Robinson, APC
Counsel for Plaintiff-Appellant Olewasami Brown

6  June 8, 2007

By:    Gregory Fox
Bertrand, Fox & Elliot
Counsel for Defendants-Appellees City of Oakland, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Thelton E. Henderson

06/12/07

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION
*Brown. v. Oakland, et al. (No. C-03-1141-TEH)*      - 2 -                                                    A002.DISMI